RECEIVED

2010 APR -2 P 1:05

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARGER, et al.

    Plaintiff,

v.

EMC MORTGAGE CORPORATION,
JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A.
    Defendant.

CASE NO.  3:10-cv-01152-SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Madeleine W. Milan, whose business address and telephone number is Burke, Warren, MacKay & Serritella, P.C., 330 N. Wabash, Suite 2200, Chicago, IL 60611, (312) 840-7000

and who is an active member in good standing of the bar of the Supreme Court of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing EMC Mortgage Corporation, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

    /s/ Susan Illston
    Honorable Susan Illston
    United States District Judge