JOSHUA KATZ (SBN 194512)
LAW OFFICE OF JOSHUA KATZ
700 College Avenue
Santa Rosa, California  95404-4107
Telephone:  (707) 546-4510
Facsimile:   (707) 575-6014

DANIEL F. CROWLEY(SBN 130261)
DANIEL CROWLEY & ASSOCIATES
37 Old Courthouse Square, Suite 200
Santa Rosa, CA 95404
Telephone: (707) 525-8999
Facsimile: (707) 542-4752

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ERIK BARGER, et al. | CASE NO.: 3:10-cv-01152-SI |
|---|---|
| Plaintiff(s), | CLASS ACTION |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION** |
| EMC MORTGAGE CORP., et al. | |
| Defendant(s). | |

It is hereby stipulated by and between the parties that the hearing on Plaintiffs' Motion for Class Certification in the above-entitled action, now set for hearing on March 25, 2011, may be continued to July 29, 2011.  The parties further stipulate that all deadlines corresponding to the hearing date be continued as follows:

1. Plaintiffs must file their motion on or before May 13, 2011;

2. Defendants' opposition must be filed on or before June 10, 2011; and

3. Plaintiffs' reply must be filed on or before July 8, 2011.

//

//

STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| Dated:  December 13, 2010 | LAW OFFICE OF JOSHUA KATZ |
| | By:  /s/ Joshua Katz |
| DANIEL F. CROWLEY(SBN 130261)<br>Daniel Crowley & Associates<br>37 Old Courthouse Square, Suite 200<br>Santa Rosa, CA 95404<br>Telephone: (707) 525-8999<br>Facsimile: (707) 542-4752<br>Email: dcrowley@dcalaw.com | JOSHUA KATZ (SBN 194512)<br>LAW OFFICE OF JOSHUA KATZ<br>700 College Avenue<br>Santa Rosa, California  95404-4107<br>Telephone:  (707) 546-4510<br>Facsimile:   (707) 575-6014<br>Email: jkatz@sonomalegal.com |
| | Attorney for Plaintiffs and the Proposed Class |
| Dated: December 13, 2010 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By:  /s/ George Weickhard |
| LEANN PEDERSEN POPE<br>DANIELLE J. SZUKALA<br>MICHAEL G. SALEMI<br>MADELEINE W. MILAN<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 North Wabash, 22nd Floor<br>Chicago, IL 60611<br>Telephone: (312) 840-7000<br>Facsimile: (312) 840-7900<br>Email: lpope@burkelaw.com<br>        dszukala@burkelaw.com<br>        msalemi@burkelaw.com<br>        mmilan@burkelaw.com<br>Admitted *Pro Hac Vice* | GEORGE WEICKHARDT (SBN 58586)<br>WENDY C. KROG (SBN 257010)<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105-1667<br>Telephone: (415) 543-4800<br>Facsimile: (415)972-6301<br>Email: gweickhardt@rmkb.com<br>        wkrog@rmkb.com<br><br>Attorneys for Defendants EMC MORTGAGE CORPORATION, JPMORGAN CHASE & CO, and JPMORGAN CHASE BANK, N.A. |

IT IS HEREBY ORDERED THAT:

1. The hearing on Plaintiffs' Motion for Class Certification is continued to July 29, 2011 at 9:00 a.m.;

2. Plaintiffs must file their motion on or before May 13, 2011;

3. Defendants' opposition must be filed on or before June 11, 2011; and

4. Plaintiffs' reply must be filed on or before July 8, 2011.

Date:_____

_/s/ Susan Illston_____
Hon. Susan Illston
United States District Court Judge