1

2

3

4

5               IN THE UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  ERIC BARGER, ET AL.              No. C 10-01152 SI

9        Plaintiffs,          **ORDER RE: DISCOVERY**

10    v.

11  EMC MORTGAGE CORP., ET AL.

12        Defendants.

13 ————————————————————————/

14       On April 20, 2011, plaintiffs submitted a letter brief in which they request that the Court compel

15 production of certain documents from defendants.  Defendants responded by letter brief on April 27.

16 On May 13, plaintiffs filed a motion for class certification.  The letters were confusing and somewhat

17 contradictory as to what documents had been produced by defendants.  In plaintiffs' motion for class

18 certification, plaintiff have indicated that some of the documents at issue in this discovery dispute were

19 turned over in May.

20       It is clear from the letters and motion that defendants have not turned over an exemplar or

21 exemplars of the contracts used after April 2010.  The Court hereby ORDERS defendants to do so

22 within **seven days of the date of this order**.

23       The remainder of plaintiffs' requests are denied without prejudice.  To the extent that this

24 discovery dispute is not moot, the parties are ordered to do the following.  The parties shall meet and

25 confer **in person** to attempt to resolve their dispute informally.  If, after a good faith effort, the parties

26 have not resolved their dispute, they shall prepare a concise joint statement of 5 pages or less, stating

27 the precisely which documents have been produced in response to Requests 12, 13, and 14, and which

28 documents remain in dispute.  The parties shall not file affidavits or exhibits.  The joint statement shall

United States District Court

For the Northern District of California

be e-filed, and courtesy copies submitted as provided by the Civil Local Rules.

The Court also notes that plaintiffs' reply brief in support of their motion for class certification is due July 8. *See* Doc. 37. The parties shall work in good faith to submit any joint letter by **June 1, 2011**.

**IT IS SO ORDERED.**

Dated: May 19, 2011

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28