1  JOSHUA KATZ (SBN 194512)
   LAW OFFICE OF JOSHUA KATZ
2  700 College Avenue
   Santa Rosa, California 95404-4107
3  Telephone: (707) 546-4510
   Facsimile: (707) 575-6014
4
   DANIEL F. CROWLEY(SBN 130261)
5  DANIEL CROWLEY & ASSOCIATES
   37 Old Courthouse Square, Suite 200
6  Santa Rosa, CA 95404
   Telephone: (707) 525-8999
7  Facsimile: (707) 542-4752

8  Attorneys for Plaintiffs and the Proposed Class

9

10                        UNITED STATES DISTRICT COURT

11                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  ERIK BARGER, et al.                    CASE NO.: 3:10-cv-01152-SI

14              Plaintiff(s),               CLASS ACTION

15       v.                                 **STIPULATION AND [~~PROPOSED~~]
                                            ORDER CONTINUING HEARING ON
16  EMC MORTGAGE CORP., et al.              MOTION FOR CLASS CERTIFICATION**

17

18              Defendant(s).

19

20       It is hereby stipulated by and between the parties that the hearing on Plaintiffs' Motion

21  for Class Certification in the above-entitled action, now set for hearing on July 29, 2011, may be

22  continued to September 2, 2011.  The parties request this continuance because they have agreed

23  to engage in mediation on August 23, 2011 with the Hon. Ronald M. Sabraw (Ret.).  After the

24  mediation, if the parties believe an additional continuance would be helpful, they will so advise

25  the Court by August 25, 2011.

26  //

27  //

28  //

STIPULATION AND [PROPOSED] ORDER

1  Dated: July 14, 2011							LAW OFFICE OF JOSHUA KATZ

By:  /s/ Joshua Katz

DANIEL F. CROWLEY(SBN 130261)				JOSHUA KATZ (SBN 194512)
Daniel Crowley & Associates					LAW OFFICE OF JOSHUA KATZ
37 Old Courthouse Square, Suite 200				700 College Avenue
Santa Rosa, CA 95404						Santa Rosa, California  95404-4107
Telephone: (707) 525-8999					Telephone:  (707) 546-4510
Facsimile: (707) 542-4752					Facsimile:   (707) 575-6014
Email: dcrowley@dcalaw.com					Email: jkatz@sonomalegal.com

Attorneys for Plaintiffs and the Proposed Class

Dated: July 14, 2010							BURKE, WARREN, MACKAY & SERRITELLA, P.C.

By:  /s/ Danielle J. Szukala

GEORGE WEICKHARDT (SBN 58586)				LEANN PEDERSEN POPE
WENDY C. KROG (SBN 257010)				DANIELLE J. SZUKALA
ROPERS, MAJESKI, KOHN & BENTLEY				MICHAEL G. SALEMI
201 Spear Street, Suite 1000					MADELEINE W. MILAN
San Francisco, CA 94105-1667					Burke, Warren, MacKay & Serritella, P.C.
Telephone: (415) 543-4800					330 North Wabash, 22nd Floor
Facsimile: (415)972-6301					Chicago, IL 60611
Email: gweickhardt@rmkb.com					Telephone: (312) 840-7000
           wkrog@rmkb.com					Facsimile: (312) 840-7900
									Email: lpope@burkelaw.com
									          dszukala@burkelaw.com
									          msalemi@burkelaw.com
									          mmilan@burkelaw.com
									Admitted *Pro Hac Vice*

Attorneys for Defendants EMC MORTGAGE CORPORATION, JPMORGAN CHASE & CO, and JPMORGAN CHASE BANK, N.A.

IT IS HEREBY ORDERED THAT:

1. The hearing on Plaintiffs' Motion for Class Certification is continued to September 2, 2011 at 9:00 a.m.

Date:  7/19/11				_____
								Hon. Susan Illston
								United States District Court Judge

-2-

STIPULATION AND [PROPOSED] ORDER