JOSHUA KATZ (SBN 194512)
LAW OFFICE OF JOSHUA KATZ
700 College Avenue
Santa Rosa, California 95404-4107
Telephone: (707) 546-4510
Facsimile: (707) 575-6014

DANIEL F. CROWLEY (SBN 130261)
DANIEL CROWLEY & ASSOCIATES
37 Old Courthouse Square, Suite 200
Santa Rosa, CA 95404
Telephone: (707) 525-8999
Facsimile: (707) 542-4752

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK BARGER, an individual and KIMBERLY McCOY, an individual, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>EMC MORTGAGE CORPORATION; JPMORGAN CHASE BANK, N.A.; and JPMORGAN CHASE BANK, N.A., as trustee;<br><br>Defendants. | CASE NO.: 3:10-cv-01152-SI<br><br>The Honorable Susan Illston<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION |

IT IS HEREBY ORDERED that this case is dismissed.

Plaintiffs' claims are dismissed with prejudice, and the claims of the putative class are dismissed without prejudice and without notice

Dated: December 8, 2011

_____
SUSAN ILLSTON
United States District Court

-1-
ORDER RE DISMISSAL
CASE No. 3:10-cv-01152-SI