FILED

UNITED STATES COURT OF APPEALS

DEC 08 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ERIC BARGER and KIMBERLY MCCOY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs - Petitioners,<br><br>v.<br><br>EMC MORTGAGE CORPORATION; et al.,<br><br>Defendants - Respondents. | No. 11-80268<br><br>D.C. No. 3:10-cv-01152-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Petitioners' motion to withdraw this petition for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f) is granted. The petition is withdrawn.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Allison K. Taylor
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

AT/MOATT